No. 466. SLOCHOWER *v.* BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK. Appeal from the Court of

936

Appeals of New York. Probable jurisdiction noted. *Ephraim S. London* for appellant. *Daniel T. Scannell and Helen R. Cassidy* for appellee.